# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 177 MAL 2022

          Respondent         :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

          v.                  :

                                    :

BIRDELL BROCKINGTON,           :

                                    :

          Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.